IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DOCKET

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action |
| vs. ) | |
| ) | No. 10-__10090__-01-__EFM__ |
| JASON CROUCHER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about May 11, 2009, in the District of Kansas and elsewhere,

### JASON CROUCHER,

the defendant herein, did knowingly and intentionally receive and distribute, by computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 2

On or about May 14, 2009, in the District of Kansas and elsewhere,

### JASON CROUCHER,

the defendant herein, did knowingly and intentionally receive and distribute, by computer, visual depictions of minors, the production of which involved the use of minors engaging in sexually

explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3

On or about June 22, 2009, in the District of Kansas,

**JASON CROUCHER,**

the defendant herein, did knowingly and intentionally possess one or more matters which contained visual depictions of minors, the production of which involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct, that had been mailed, shipped and transported in interstate commerce by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

Upon conviction of either of the offenses in violation of 18 U.S.C. § 2252(a)(2) or 18 U.S.C. § 2252(a)(4)(B) as set out in Count 1, 2, and 3, respectively, of this Indictment, the defendant,

**JASON CROUCHER**,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

1. Laptop, Apple MacBook Pro, Serial Number: YD85002K1SG, including the 200GB Hard Drive, Hitachi;

2. Desktop, Dell OptiplexGX270, Serial Number: 9N75Y21, including the 40 GB

      Hard Drive, Western Digital WD4000EB-75CPF0, Serial Number:

      WMAATC529921;

3.     Ipod Nano;

All pursuant to 18 U.S.C. § 2253 (a).

                A TRUE BILL


06/2/2010                            s/Foreman
DATE                                   FOREMAN OF THE GRAND JURY


s/Lanny D. Welch
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center
301 N. Main
Wichita, KS  67202
KS. S.Ct. No. 13267

(It is requested that trial be held in Wichita, Kansas.)