James G. Chappas, #11988
JAMES G. CHAPPAS, CHARTERED
1610 SW Topeka Blvd.
Topeka, KS  66612
(785) 232-0920

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Case No.: 10-10090-JAR |
| JASON CROUCHER, | Defendant. |

### DEFENDANT'S STATEMENT OF OFFENSE CONDUCT

COMES NOW the above defendant, Jason Croucher, by his attorney James G. Chappas and would submit his statement of offense conduct to be included in his Presentence Investigation Report and considered by the Court at his sentencing in the matter:

"I recognize fully the inappropriateness of my actions and the following should not be construed as an excuse for my behavior, but rather as an explanation of why I believe I arrived at this point"

"I understand the crime to which I have pleaded guilty, certain information about me is needed."

"As a gay teenager and young adult in rural Kansas, I had no physical outlets for my burgeoning sexual urges. Pornography, specifically Internet-based pornography, provided the only outlet. In those first years (16-19) I would consider my consumption of pornographic materials average for a young man. The images/videos I viewed were of the sort that could be purchased legally anywhere and were not all all outside the boundaries of "normal" pornography."

"Over the course of the next several years, however, as stress and relationship difficulties mounted, my casual consumption of pornography developed into an addiction. As with drug addicts who move from harder to harder drugs, I moved from one type of pornography to another, consuming and more so-called "hard core" pornography until I found myself searching out the most extreme images of child pornography."

"My interest was not pedophilic, but instead based on a search for new extremes in pornography to satisfy my addiction."

"As with alcoholism, I am not cured of my pornography addiction, but I do believe that I am in recovery. I sought psychiatric help following the FBI search of my home and hope to continue that treatment during my incarceration."

"I never purchased child pornography from any source nor, to the best of my knowledge, caused any person to produce any child pornography."

"In addition to my criminal behavior, I participated in sexually explicit conversations with adults on the Internet. These conversations included discussions of performing sexual acts with children and served a something akin as a password, a way to feel out the other party and establish trust before exchanging child pornography."

"In these chats, I took on a wholly fictitious identity, pretending to be different ages, races and genders depending on whom I was conversing with. In addition to always creating a pseudonym, the context of the conversations in which I was engaged was wholly fictitious. These actions discussed on my part were a creation of my mind, not descriptions of actions engaged in or desired in the real world."

"These conversations were unseemly and inappropriate, but they were absolutely nothing more that creative writing."

"I am not a pedophile. I have never engaged in sexual behavior with a child and have no desire to do so."

"I recognize fully the criminality of my behavior and its inappropriateness. I am truly apologetic and ready to accept a just punishment."

"During my incarceration, I hope to continue psychiatric treatment. I hope to secure a degree in psychology so that, upon completing my sentence, I can become a therapist, thus providing me an opportunity to help other men facing similar sexual problems to avoid the path I traveled."

Respectfully submitted,

S/JAMES G. CHAPPAS
_____
James G. Chappas, 11988

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd. day of April, 2011, that I did cause a copy of the foregoing document to be electronically transmitted, VIA CM-ECF, to: Jason Hart, AUSA and by U.S. Mail, postage prepaid, addressed to: Jason Croucher, CCA, 100 Highway Terrace, Leavenworth, KS 66048 - LEGAL MAIL.

S/JAMES G. CHAPPAS
_____
James G. Chappas